UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-62337-LEIBOWITZ/AUGUSTIN-BIRCH

**GIOVANNI MATUS,**

    *Plaintiff,*

v.

**POLLO OPERATIONS, INC.,**

    *Defendant.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on the parties' Joint Motion to Approve Settlement of FLSA Claim and Joint Stipulation of Dismissal With Prejudice [ECF No. 22] ("the R&R"), filed on September 25, 2025. The R&R recommends that this Court grant the Joint Motion to Approve Settlement Agreement ("the Motion") [ECF No. 21] in this FLSA action. The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 19]. No objections to the R&R were filed during the objection period. Having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The Magistrate Judge's Report and Recommendation [ECF No. 22] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

    2. The parties' Joint Motion to Approve Settlement Agreement [ECF No. 21] is **GRANTED**.

    3. The Settlement Agreement [ECF No. 21-1] is **APPROVED**.

    4. This action is hereby **DISMISSED WITH PREJUDICE.**

5. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

6. *The Clerk of Court* is instructed to **CLOSE** this case. All existing deadlines are **TERMINATED**, and pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on October 10, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record